## LOWE *v.* TAYLOR, sheriff.

BECK, Presiding Justice. This case is controlled by the decision in *Lowe* v. *Taylor*, ante, 654. *Judgment affirmed. All the Justices concur.*